UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-151-FL-RN-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| v. | | UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND TRIAL |
| CYRIL DOMAQUIK CLEMENS | | |

The defendant, Cyril Domaquik Clemens, by and through counsel, respectfully moves the Court to continue the arraignment and trial currently scheduled for February 12, 2026, for a minimum of thirty (30) days. The following is offered in support of this request:

1. Mr. Clemens was named in an Indictment filed on June 24, 2025, charging him with three (3) counts of naturalization fraud, in violation of 18 U.S.C. § 1425(a). Mr. Clemens was arrested on July 31, 2025.

2. The Office of the Federal Public Defender was appointed to represent Mr. Clemens on July 31, 2025. Defense counsel entered his Notice of Appearance on August 4, 2025.

3. The arraignment is currently scheduled for February 12, 2026.

4. Mr. Clemens was released on conditions on July 31, 2025.

5. The parties are still engaged in plea negotiations and remain hopeful that this matter will be resolved without the need for a jury trial. Additional time is needed to continue their work toward a mutually agreeable resolution.

6. Defense counsel respectfully requests that the arraignment be continued for a minimum of thirty (30) days.

1

7. Assistant United States Attorney Lori B. Warlick has indicated that she does not oppose this Motion.

8. This Motion is made in good faith and not for the purposes of delay. Neither the Government nor the defendant would be prejudiced by the continuance sought herein.

WHEREFORE, the Defendant respectfully requests that the arraignment in this matter be continued for a minimum of thirty (30) days, or to a date that the Court deems appropriate. The ends of justice served by this Motion outweigh the interests of the public and the Defendant in a speedy trial as set forth in 18 U.S.C. § 3161(h)(7)(A).

Respectfully requested this 27th day of January, 2026.

G. ALAN DuBOIS
Federal Public Defender

***/s/ Christopher J. Locascio***
CHRISTOPHER J. LOCASCIO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Chris_Locascio@fd.org
N.C. State Bar No. 29326
LR 57.1 Counsel Appointed

2

*CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing was served upon:

LORI B. WARLICK
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

by electronically filing the foregoing with the Clerk of Court on this date, using the CM/ECF system which will send notification of such filing to the above.

This the 27th day of January, 2026.

*/s/ Christopher J. Locascio*
CHRISTOPHER J. LOCASCIO
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Chris_Locascio@fd.org
N.C. State Bar No. 29326
LR 57.1 Counsel Appointed

3