UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-151-FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONCURRENCE OF U.S. |
| v. | ) | IMMIGRATION AND CUSTOMS |
| | ) | ENFORCEMENT |
| CYRIL DOMAQUIK CLEMENS | ) | A#061-713-165 |

Based on the factual allegations in the stipulated request for Judicial Order of Removal in the above-captioned matter, on behalf of the Director, United States Department of Homeland Security, U.S. Immigration and Customs Enforcement, and pursuant to the authority delegated to me in the ICE Delegation Order 0001 dated June 6, 2003, I concur in the request of the Defendant and the United States Attorney that a Judicial Order of Removal be entered in this case pursuant to section 238(c) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c).

Respectfully submitted, this 4th day of May, 2026.

_____

LADEON E. FRANCIS
Field Office Director
U.S. Immigration and Customs Enforcement