UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. NO. 5:25-CR-151-FL-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | STIPULATED JUDICIAL |
| | ) | ORDER OF REMOVAL |
| CYRIL DOMAQUIK CLEMENS | ) | A#061-713-165 |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of the defendant, Cyril Domaquik Clemens, and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Liberia and a citizen of Liberia.

3. The defendant became a lawful permanent resident of the United States on March 5, 2011.

4. The defendant became a naturalized citizen of the United States on February 19, 2021.

5. The defendant pleaded guilty to and was convicted of three counts of indecent liberties with child on April 3, 2023. The date range of the offenses was November 1, 2011, through March 7, 2022.

6. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the Eastern District of North Carolina of naturalization fraud, in violation of 18 U.S.C. § 1425(a).

7. The maximum term of imprisonment for a violation of 18 U.S.C. § 1425(a) is 10 years. Given that the defendant pleaded guilty pursuant to a plea agreement to one count of 18 U.S.C. § 1425(a), the maximum sentence faced by the defendant is 10 years' imprisonment.

8. The defendant is, and at sentencing will be, subject to removal from the United States as an alien who is convicted of an aggravated felony at any time after admission, pursuant to 8 U.S.C. § 1227(a)(2)(A)(iii).

9. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Liberia promptly upon his completion of a term of imprisonment, if any.

IT IS SO ORDERED.

DATED this 17th day of September, 2026.

LOUISE W. FLANAGAN
United States District Judge